UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN MORA,<br><br>              Plaintiff,<br>    v.<br><br>STATE BAR OF CALIFORNIA; ERIK KEMP, ESQ.; ROY C. GUNTER, ESQ.; QUALITY LOAN; LITTON LOAN SERVICER; RICHARD MCMAHAN; CORALEE MACMAHAN; COUNTY OF MONTEREY SUPERIOR COURT; MONTEREY SHERIFF DEPARTMENT; MONTEREY COUNTY LEVYING OFFICER; LITTON LOAN SERVICING LP; LITTON CONSUMER AND CORPROATE SERVICING LLC; LITTON MORTGAGE SERVICING; GOLDMAN SACH BANK U.S.A.,<br><br>              Defendants. | Case No.: 10-CV-02855-LHK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

      This case was referred to Magistrate Judge Howard R. Lloyd, who has made a report and recommendation that the District Judge dismiss this action for lack of subject matter jurisdiction. The Magistrate Judge's Report and Recommendation was filed and served on August 3, 2010. No objections have been filed, and the time to file objections has expired.

1

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. The action is DISMISSED for lack of subject matter jurisdiction. The Clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02855-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE